IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DARRYL GILLIS AND TIFFANY GILLIS | CIVIL ACTION NO. |
| VERSUS | |
| RO TRANS FREIGHT, LLC, CANAL INSURANCE COMPANY, AND FANFANT CLAUDE | JUDGE<br>MAGISTRATE JUDGE |

NOTICE OF REMOVAL

Now, through undersigned counsel, come defendants, Ro Trans Freight, LLC ("Ro Trans") and Canal Insurance Company ("Canal"), who shows:

1.

On or about October 30, 2023, a civil action was commenced by Darryl Gillis and Tiffany Gillis against defendants in the Seventh Judicial District Court for Concordia Parish, Louisiana, Docket Number 54863, Division B, in a suit entitled "Darryl Gills and Tiffany Gillis v. Ro Trans Freight, LLC, Canal Insurance Company, and Fanfant Claude" (See Petition for Damages – Attached as Exhibit 1).

2.

Defendant, Ro Trans Freight, LLC, was served via Long-Arm. Defendant, Canal Insurance Company, was served with the original Petition through the Secretary of State of the State of Louisiana on November 16, 2023; Canal received notice of process on November 20, 2023. There has been no evidence of Long-Arm Service on the remaining defendant, Fanfant Claude.

3.

Plaintiffs' action is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code, Sec. 1332, and one which may be removed to this Court, pursuant to the provisions of 28 U.S.C. 1441, in that it is a civil action

between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.

At all times pertinent hereto, the parties held the following citizenship: Plaintiff, Darryl Gillis, is a citizen of the State of Louisiana. Plaintiff, Tiffany Gillis, is a citizen of the State of Louisiana. Defendant, Fanfant Claude, is a citizen of the State of Florida. Defendant, Canal Insurance Company, is a foreign insurance company with its principal place of business in South Carolina. Defendant, Ro Trans Freight, LLC is a limited liability corporation, incorporated in the State of Illinois; its sole member, Cristian Firica Covrig, is a citizen of the State of Illinois.

5.

Plaintiffs seek to recover from defendants general and special damages arising from an August 23, 2023 accident. Plaintiff, Darryl Gillis, alleges in his petition that he was injured as a result of an automobile accident occurring in Concordia Parish, Louisiana.

6.

Plaintiff, Darryl Gillis, alleges in his petition that he received injuries to his hip, spine, body and mind. Plaintiffs, Darryl Gillis and Tiffany Gillis, allege in their Petition loss of consortium. Plaintiffs also allege in their Petition that they seek general damages in excess of $75,000, exclusive of interest and costs. This removal is filed within 30 days of Canal and Ro Trans being served with the petition, and is therefore timely removed pursuant to 28 U.S.C. Art. 1446(b)(2)(B).

7.

The Notice of Removal is being filed with the consent and approval of all defendants who have received the Citations and the Petition for Damages filed by Plaintiffs.

8.

Upon filing of this Notice of Removal, written notice thereof is being given to all parties, and a copy of this Notice is being filed with the Clerk of the aforesaid state court to effect the removal of the said civil action, all as provided for by law.

9.

Defendants, Ro Trans Freight, LLC and Canal Insurance Company, reserve all rights to object to the jurisdiction of the state court proceeding should this Court ultimately hold that this action was not removable or improperly removed thereto.

WHEREFORE, defendants, Ro Trans Freight, LLC and Canal Insurance Company, pray that the aforesaid civil action be removed from the Seventh Judicial District Court for the Parish of Concordia, State of Louisiana, into this Court for trial and determination as provided by law, particularly U.S.C. Title 28, Section 1441, et seq, and thereupon to proceed with said civil action as though originally commenced in this Court and for all orders and decrees as may be necessary or appropriate.

    Respectfully submitted,

    HAMMONDS, SILLS, ADKINS, GUICE, NOAH
    & PERKINS, L.L.P.
    1500 NORTH 19TH STREET, SUITE 301
    MONROE, LOUISIANA 71201
    Tel: (318) 324-0101
    Fax: (318) 322-5375
    E-Mail: thayes4@hamsil.com

    *s/ Thomas M. Hayes IV*
    Thomas M. Hayes, IV, LA Bar Roll No. 28600

ATTORNEY FOR RO TRANS FREIGHT, LLC AND
CANAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I, THOMAS M. HAYES, IV, do Hereby Certify that on the 13th day of December, 2023, a copy of the forgoing document was mailed/e-mailed/faxed or delivered to each of the following parties:

Mr. Jim L. Leathem
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
E-mail: jleathem@morrisbart.com

*s/ Thomas M. Hayes IV*
Thomas M. Hayes, IV, LA Bar Roll No. 28600
Hammonds, Sills, Adkins, Guice, Noah
& Perkins, L.L.P.
1500 North 19th Street, Suite 301
Monroe, Louisiana 71201
Phone: (318) 324-0101
Fax: (318) 322-5375
E-Mail: thayes4@hamsil.com
ATTORNEY FOR RO TRANS FREIGHT, LLC
AND CANAL INSURANCE COMPANY